AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CALVIN B. JAMES,

   Petitioner,

    v.

U.S. MARSHALS,

   Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-160

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated December 21, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court, judgment is hereby entered dismissing Plaintiff's 28 U.S.C. § 2255 motion without prejduice. Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This case stands CLOSED.

Approved by: _[signature]_

December 30, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_[signature]_
(By) Deputy Clerk

GAS Rev 10/2020